August 8, 2006

Hon. David N. Hurd
U.S. District Court Judge
Northern District of New York
U.S. Courthouse
10 Broad Street
Utica, NY

**RE: United States v. David Parker, et al., 05-CR-529 (DNH)**

Dear Judge Hurd:

   I am making this Letter Request for the purpose of requesting that I be relieved from further representation of Kelvin Minott, who has expressed a desire to have any further representation of him by me terminated and a another lawyer be assigned to his case.

   There has been a history of considerable difficulty in communication between us, and I feel that he ignores my professional advice in refusing to enter into a Cooperation Agreement which would have resulted in a favorable 5K Motion, as well as, to other matters regarding pleading and/or trial tactics, motion practice and the like.

   I am prepared to take this matter to trial, but feel that in view of his expressed wish to terminate my services and our overall communication problems, that his right to a fair trial might be compromised if I continue to represent him.

   Therefore, I respectfully request that the Court permit me to withdraw from further representation, beyond the scheduled appearance on 8/11/06 for motion and scheduling matters, and that other counsel be assigned to him.

Respectfully,


James K. Weeks
Bar Roll No. #601249.

JKW:ss
c:AUSA Lisa Fletcher, Esq. (via U.S. Mail & electronic filing)
  Kelvin Minott (via U.S. Mail)