**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

---

**UNITED STATES OF AMERICA,**

      **v.**                              **5:05-CR-5**

                                            **MOTION FOR NEW TRIAL**
                                            **PURSUANT TO FRCrP 33**

      **KELVIN MINOTT,**
                **Defendant**

---

The defendant, **KELVIN MNOTT**, by his undersigned attorney, moves this Court to grant him a new trial for the following reasons:

1. The Court erred in denying defendant's motion for an acquittal made at the conclusion of the Government's evidence.

2. The verdict is contrary to the weight of the evidence.

3. The verdict is not supported by substantial evidence.

4. The Court erred in charging the jury that Count 1 as it pertained to the defendant, **KELVIN MINOTT**, when it stated: "The key question, therefore, is whether the defendant joined the conspiracy with an awareness of *at least some* of the basic aims and purposes of the unlawful agreement."(Emphasis supplied). This seems to be at odds with the requirement that the Government must prove each and every element of the crime charged beyond a reasonable doubt.

5.  The Court erred in refusing to charge the defense submitted charge

    regarding the buyer-seller defense, and in substituting it's own charge on

    that defense.

Dated: November 3, 2006


        _____

        **JAMES K. WEEKS**
        **Attorney for Defendant, Kelvin Minott**
        **BAR ROLL NO. 601249**